THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Larry D. Herring,       
Appellant.
 
 
 

Appeal From Horry County
Edward B. Cottingham, Circuit Court 
 Judge

Unpublished Opinion No. 2005-UP-105
Submitted February 1, 2005  Filed February 
 10, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, all 
 of Columbia; and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Larry D. Herring appeals his 
 guilty plea to murder and assault and battery with intent to kill.  Counsel 
 for Herring attached to the final brief a petition to be relieved as counsel.  
 Herring did not file a separate pro se response.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Herrings appeal 
 and grant counsels petition to be relieved.
APPEAL DISMISSED.
GOOLSBY, HUFF, and STILWELL, JJ., concur.